No. 826.   LEEDOM ET AL., MEMBERS OF THE NATIONAL LABOR RELATIONS BOARD, *v.* INTERNATIONAL UNION OF MINE, MILL AND SMELTER WORKERS.   United States Court of Appeals for the District of Columbia Circuit. Certiorari granted.   *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for petitioners.   *Nathan Witt, Joseph Forer* and *David Rein* for respondent.

No. 845.   JAFFKE *v.* DUNHAM, TRUSTEE.   C. A. 7th Cir.   Certiorari granted.   *Chauncey P. Carter, Jr.* and *Herbert J. Miller, Jr.* for petitioner.   *G. W. Horsley* for respondent.

No. 853.   SENKO *v.* LACROSSE DREDGING CORP.   Appellate Court of Illinois, Fourth District.   Certiorari granted.   *Stanley M. Rosenblum* and *George J. Moran* for petitioner.   *Henry Driemeyer* and *Stuart B. Bradley* for respondent.

No. 517.   HUDSON ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO. ET AL.   Supreme Court of North Carolina. Certiorari denied.   *Thornton H. Brooks* and *R. S. Mc-Clelland* for petitioners.   *M. V. Barnhill, Jr.* for the Atlantic Coast Line Railroad Co., and *Milton Kramer* and *Lester P. Schoene* for the International Association of Machinists et al., respondents.